## MONOHAN et al. v. LESLIE.

Court of Appeals of Kentucky.

(Decided May 10, 1932.)

FAUREST & FAUREST for movant.

CHESTER O. CARRIER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.